# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RANDY LEFKOWITZ P/K/A RANDAL
SCOTT

NO.   2024 CW 0799

VERSUS

LOUISIANA RENAISSANCE
FESTIVAL A/K/A LA-RENFEST,
LLC

**DECEMBER 16, 2024**

---

In Re:    Randy Lefkowitz p/k/a Randal Scott, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20241074.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

  **WRIT GRANTED WITH ORDER.** The trial court's July 19, 2024 judgment denying in part and granting in part Randy Lefkowitz p/k/a Randal Scott's preliminary injunction is an appealable judgment. Therefore, the writ application is granted for the limited purpose of remanding the case to the trial court with instructions to grant relator, Randy Lefkowitz p/k/a Randal Scott, an appeal pursuant to the pleading that notified the district court of Randy Lefkowitz p/k/a Randal Scott's intention to seek supervisory writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT